PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br>v.<br><br>**CHRISTIAN NIGRO,**<br>         *Defendant,*<br> and<br><br>**GUNN ALLEN FINANCIAL,**<br>**and its successors or assigns,**<br><br>         *Garnishee.* | Hon. William J. Martini<br><br>CRIMINAL No. 06-038-01<br><br>**CERTIFICATION OF SERVICE**<br>**OF DOCUMENTS** |

  The United States of America, the judgment creditor herein, hereby certifies that on the date set forth below the following documents were personally served on the defendant at their last known address/employment by the United States Marshals Service:

    1. Copy of Application For Writ of Garnishment and Order.
    2. Copy of Writ of Garnishment.
    3. Copy of Clerk's Notice of Garnishment.
    4. Notice of Garnishment and Instructions For Objecting to the Answer.

Date Served: **April 13, 2010**

The United States of America further certifies that on the date set forth below the following documents were served on the Garnishee by express mail:

1. Copy of Application for Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Answer of Garnishee and accompanying instructions.

Date Served: **March 2, 2010**

                                    PAUL J. FISHMAN
                                    UNITED STATES ATTORNEY

                            By:     Yolanda Hickman
                                    FINANCIAL SPECIALIST
                                    (973)645-2912

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                 *Plaintiff,*<br>v.<br><br>**CHRISTIAN NIGRO,**<br><br>                                *Defendant,*<br>and<br><br>**GUNN ALLEN FINANCIAL,**<br>**and its successors or assigns,**<br><br>                                *Garnishee.* | Hon. William J. Martini<br><br>CRIMINAL No. 06-038-01<br><br>**GARNISHEE ORDER** |

      An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to

-2-

defendant in the sum of $86.50.

IT IS ORDERED that the garnishee pay the sum of $86.50 of the defendant's account so that it may be applied to the defendant's financial obligation to the United States of America.

DATED:

_____
WILLIAM J. MARTINI, JUDGE
UNITED STATES DISTRICT COURT