CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **CHRISTIAN NIGRO,** *Defendant,* and **HOME DEPOT U.S.A., INC.,** **and its successors or assigns,** *Garnishee.* | Hon. William J. Martini <br><br> Criminal Action No. 06-038 <br><br> **CONSENT** <br> **GARNISHEE ORDER** |

WHEREAS, judgment was entered on the 14th day of June 2007 in the above action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Christian Nigro, defendant for the sum of $509,382.00. The sum of $565,719.91 is now actually due thereon; it is hereby;

AGREED that defendant, Christian Nigro allows Garnishee, Home Depot U.S.A., Inc. to withhold 16% of his weekly/bi-weekly wages. Garnishee is to continue said payments until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any

property belonging to the debtor or until further Order of this Court. All payments should be made payable to the U.S. Department of Treasury and sent to the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, Attn: Finance Department. All payments should include defendant's name and criminal number.

_____
CHRISTIAN NIGRO
Defendant

By: _____
LEAH A. BYNON
Assistant U.S. Attorney

IT IS SO ORDERED this 5th day of August, 2010.

_____
HON. WILLIAM J. MARTINI, JUDGE
UNITED STATES DISTRICT COURT